UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED

NOV 2 7 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Michael Johnson*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Andrea Moffitt,*

*Dr. Ramon Marquez,*

*W. Gibson, Lt. Boell,*

*James Hagler,*

*Susan Rick,*

*R. Bracey / ~~A. Bailey~~*

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

18cv50377
Judge Philip G. Reinhard
Magistrate Judge Iain D. Johnston

CHECK ONE ONLY:

✓      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____      COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____      OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A.   Name: _MICHAEL JOHNSON_

    B.   List all aliases: _N/A_

    C.   Prisoner identification number: _R63104_

    D.   Place of present confinement: _Joliet TREATMENT CENTER_

    E.   Address: _2848 W. McDonough St., Joliet, IL 60436_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: _ANDREA MOFFITT_

        Title: _REGISTERED NURSE_

        Place of Employment: _Dixon CORR. CTR., 2600 N. Brinton AVE. Dixon, IL_

    B.   Defendant: _DR. RAMON MARQUEZ_

        Title: _Psychiatrist_

        Place of Employment: _Dixon CORR. CTR., 2600 N. BRINTON AVE. Dixon, IL_

    C.   Defendant: _JAMES HAGLER_

        Title: _QUALIFIED MENTAL HEALTH PROFESSIONAL_

        Place of Employment: _Dixon CORR. CTR., 2600 N. BRINTON AVE. Dixon, IL_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

I.  **Plaintiff(s):**

    A.    Name: _____

    B.    List all aliases: _____

    C.    Prisoner identification number: _____

    D.    Place of present confinement: _____

    E.    Address: _____

    (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases,
    I.D. number, and current address according to the above format on a separate sheet of
    paper.)

II.  **Defendant(s):**

    (In **A** below, place the full name of the first defendant in the first blank, his or her official
    position in the second blank, and his or her place of employment in the third blank. Space
    for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _W. GIBSON_

          Title: _QUALIFIED MENTAL HEALTH PROFESSIONAL_

          Place of Employment: _DIXON CORR. CTR., 2600 N. BRINTON AVE._ _DIXON, IL_

    B.    Defendant: _LIEUTENANT BOEL_

          Title: _LIEUTENANT_

          Place of Employment: _DIXON CORR. CTR., 2600 N. BRINTON AVE._ _DIXON, IL_

    C.    Defendant: _SUSAN RICK_

          Title: _QUALIFIED MENTAL HEALTH PROFESSIONAL_

          Place of Employment: _DIXON CORR. CTR., 2600 N. BRINTON AVE._ _DIXON, IL_

(If you have more than three defendants, then all additional defendants must be listed
according to the above format on a separate sheet of paper.)

I.   **Plaintiff(s):**

  A.   Name: _____

  B.   List all aliases: _____

  C.   Prisoner identification number: _____

  D.   Place of present confinement: _____

  E.   Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A.   Defendant: _Ms. R. BRACEy / Ms. R. Battey_

    Title: _REGISTERED NURSE_

    Place of Employment: _DIXON CORR CTR., 2600 N. Brinton AVE._
    _DIXON, IL_

  B.   Defendant: _____

    Title: _____

    Place of Employment: _____

  C.   Defendant: _____

    Title: _____

    Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III.   **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.   Is there a grievance procedure available at your institution?

YES ( ✓ )   NO ( )   If there is no grievance procedure, skip to F.

B.   Have you filed a grievance concerning the facts in this complaint?

YES ( ✓ )   NO ( )

C.   If your answer is YES:

1.   What steps did you take?

*I FILED Multiple GRIEVANCES TO THE APPROPRIATE PERSONNEL With NO RESPONSE IN OVER SIX Months.*

2.   What was the result?   *NO RESPONSE. I RECEIVED A RESPONSE AFTER I WROTE THIS. SEE ATTACHED.*

3.   If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

*I SENT THE GRIEVANCES DIRECTLY TO THE A.R.B. As IS REQUIRED FOR GRIEVANCES DEALING With ENFORCED shots To no AVAIl.*

D.   If your answer is NO, explain why not:

3

E.    Is the grievance procedure now completed?  YES ( ✓ )  NO ( )

F.    If there is no grievance procedure in the institution, did you complain to authorities?  YES ( )  NO ( )

G.    If your answer is YES:

      1.    What steps did you take?  I MADE A STATEMENT
      with INTERNAL AFFAIRS & MENTAL HEALTH
      PROFESSIONALS.

      2.    What was the result?  Nothing.

H.    If your answer is NO, explain why not:

4

A. NAME OF CASE & DOCKET NUMBER: JOHNSON V. BLANCHARD
   I DON'T KNOW DOCKET NUMBER

B. APPROXIMATE DATE OF FILING LAWSUIT: I DON'T REMEMBER

C. LIST ALL PLAINTIFFS: MICHAEL JOHNSON

D. LIST ALL DEFENDANTS: OFFICER BLANCHARD, Lt.
   ROBINSON & ANOTHER OFFICER

E. COURT IN WHICH THE LAWSUIT WAS FILED:
   CENTRAL DISTRICT

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
   I DON'T REMEMBER

G. BASIC CLAIM MADE: 8th AMENDMENT VIOLATION

H. DISPOSITION OF THIS CASE: I VOLUNTARY DISMISSED

I. APPROXIMATE DATE OF DISPOSITION: N/A

A. NAME OF CASE & DOCKET NUMBER: JOHNSON V. BENNET,
    I DON'T REMEMBER THE DOCKET NUMBER

B. APPROXIMATE DATE OF FILING lAWSUIT: I DON'T REMEMBER
    WHEN I FILED IT.

C. LIST ALL PLAINTIFFS: MICHAEL JOHNSON

D. LIST ALL DEFENDANTS: OFFICER BENNETT & OTHERS I
    DON'T REMEMBER.

E. COURT IN WHICH THE LAWSUIT WAS FILED: CENTRAL DISTRICT.

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
    I DON'T REMEMBER

G. BASIC CLAIM MADE: 8th AMENDMENT VIOLATION.

H. DISPOSITION OF THIS CASE: ~~STILL P~~ DISMISSED.

I. APPROXIMATE DATE OF DISPOSITION: N/A

A. NAME OF CASE & DOCKET NUMBER: JOHNSON V. PYLE

I don't remember docket number

B. Approximate date of filing lawsuit: I don't remember.

C. List all plaintiffs: Michael Johnson

D. List all defendants: % Pyle & other officers I
don't remember

E. Court in which the lawsuit was filed:
Central District

F. Name of judge to whom case was assigned:
I don't remember

G. Basic claim made: 8th Amendment violation

H. Disposition of this case: I voluntary dismissed it.

I. Approximate date of disposition: N/A

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: _Johnson V. Moss_
_I Don't Remember Docket Number._

B. Approximate date of filing lawsuit: _2014 or 2015_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Michael Johnson_

D. List all defendants: _Andrea Moss, Michael Dempsey & others I Don't Remember._

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Central District_

F. Name of judge to whom case was assigned: _I Don't Remember_

G. Basic claim made: _Deliberate Indifference_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _The Case Was Dismissed_

I. Approximate date of disposition: _I Don't Remember_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: *JoHNSON v. BUCHENAU I DON'T REMEMBER DOcket NUMBER.*

B. Approximate date of filing lawsuit: *2011 oR 2012*

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *MICHAEL JOHNSON*

D. List all defendants: *ZACHERY BUCHENAU, I DON'T REMEMBER All THE OTHER DEFENDANTS*

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *CENTRAL DISTRICT PEORIA DIVISION*

F. Name of judge to whom case was assigned: *I DON'T REMEMBER.*

G. Basic claim made: *EXCESSIVE FORCE*

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *IT WAS DISMISSED.*

I. Approximate date of disposition: *I DON'T REMEMBER*

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal
        court in the United States:

A.      Name of case and docket number: _JOHNSON V. SULLIVAN_
        _DOCKET NUMBER NOT AVAILABLE_

B.      Approximate date of filing lawsuit: _2014 or 2015_

C.      List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        _MICHAEL JOHNSON_
        _____
        _____

D.      List all defendants: _OFFICER SULLIVAN_
        _____
        _____
        _____

E.      Court in which the lawsuit was filed (if federal court, name the district; if state court,
        name the county): _CENTRAL DISTRICT, PEORIA DIVISION_

F.      Name of judge to whom case was assigned: _JAMES SHADID_
        _____

G.      Basic claim made: _EXCESSIVE Force_

        _____

H.      Disposition of this case (for example: Was the case dismissed? Was it appealed?
        Is it still pending?): _IT WAS DISMISSED. NO APPEAL._
        _____
        _____

I.      Approximate date of disposition: _N/A_

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE
ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME
FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED,
YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY,
AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-
PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Johnson V. Stuck I Don't REMEMBER Docket Number.

B. Approximate date of filing lawsuit: ☒ 2013 or ☒ 2012

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Michael Johnson

D. List all defendants: Lt. Stuck & Others I Don't REMEMBER.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Southern District of Illinois

F. Name of judge to whom case was assigned: I Don't REMEMBER.

G. Basic claim made: EXCESSIVE FORCE

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It WAS DISMISSED.

I. Approximate date of disposition: I Don't REMEMBER

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

A. NAME OF CASE ¿ DOCKET NUMBER: JOHNSON V. DAIKE, et al.,

   DOCKET NUMBER 18-1489

B. APPROXIMATE DATE OF FILING LAWSUIT: IN FEB. 2018 ¿ 2017

C. LIST ALL PLAINTIFFS: MICHAEL JOHNSON

D. LIST ALL DEFENDANTS: JASON DAIKE, RYAN WEEKS, SONJA
   NICKLAUS, MICHAEL GORMAN, PETER ALBA, NICOLE BENITEZ,
   ¿ I THINK THAT'S IT.

E. COURT IN WHICH THE LAWSUIT WAS FILED:
         NORTHERN DISTRICT, WESTERN DIVISION
         ¿ 7th CIRCUIT OF APPEALS

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:
         PHILLIP REINHARD ¿ ILANA DIAMOND ROVNER

G. BASIC CLAIM MADE: CONDITIONS OF CONFINEMENT
              ¿ 8th AMENDMENT VIOLATION

H. DISPOSITION OF THIS CASE: STILL PENDING.

I. APPROXIMATE DATE OF DISPOSITION: N/A

A. NAME OF CASE & DOCKET NUMBER: JOHNSON V. HALFACHE, et al — 17 C50248

B. APPROXIMATE DATE OF FILING LAWSUIT: 9-20-17

C. List All PLAINTIFFS: MICHAEL JOHNSON

D. List All DEFENDANTS: Lt. Bell, C/o HALFACHE, MR. STANKO, NuRSE KIM ENGELS, C/o JONES, C/o BITTER, C/o GARCIA, & C/o ZACCARO

E. COURT IN WHICH THE LAWSUIT WAS FILED: NORTHERN DISTRICT, WESTERN DIVISION

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: PHILLIP REINHART

G. BASIC CLAIM MADE: EXCESSIVE FORCE, DELIBERATE INDIFFERENCE.

H. DISPOSITION OF THIS CASE: Still PENDING.

I. APPROXIMATE DATE OF DISPOSITION: N/A

A. NAME OF CASE & DOCKET NUMBER: JOHNSON V. Lt. HENitch, et ala, DOCKET NUMBER N/A

B. APPROXIMATE DATE OF Filing lawsuit: END OF 2017 & BEGINNING OF 2018.

C. List All PLAINTIFFS: MICHAEL JOHNSON

D. List All DEFENDANTS: Lt. HENItch, e & The Rest I DON't REMEMBER

E. COURT IN which THE lawsuit WAS FilED:
                    NORTHERN DISTRICT, WESTERN Division

F. NAME OF Judge To WHOM CASE WAS ASSIGNED:
                    PHillip REiNHARD

G. BASIC CLAIM MADE: cruel & unusual Punishment

H. Disposition OF THIS CASE: DISMISSED

I. APPROXIMATE DATE OF DiSPOSHION: N/A

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: _JOHNSON V. PRENTICE_
_11c - 1244_

B.    Approximate date of filing lawsuit: _JUNE OF 2016_

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ~~Susan Prentice~~
~~Andrea Moss~~ MICHAEL JOHNSON

D.    List all defendants: _SUSAN PRENTICE, ANDREA MOSS, KELLY HAAG,_
_LINDA DUCKWORTH, MR. MORANO, SCOTT McCORMICK, R._
_OJELADE, STEPHEN LANTERMAN, ANDREW TILMAN, c/o DEVRIES,_
_c/o MILLER, c/o HENKEL, SGT. GASPER, Lt. BOLAND, MAJOR MASPATTI,_
_MS. KELLY, TERRI KENNEDY, MICHAEL MEWIN, WEXFORD HEALTH CARE,_

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _CENTRAL DISTRICT URBANA DIVISION_

F.    Name of judge to whom case was assigned: _COLIN STIRLING BRUCE_

G.    Basic claim made: _DELIBERATE INDIFFERENCE, CRUEL &_
_UNUSUAL PUNISHMENT_

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _STILL PENDING_

I.    Approximate date of disposition: _N/A_


IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

3

Revised 9/2007

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON 6-4-18 I WAS PLACED ON CRISIS/SUICIDE WATCH BY MENTAL HEALTH PROFESSIONAL (MHP) MR. W. GIBSON AFTER I TOLD HIM I FELT LIKE HURTING MYSELF. THE FOLLOWING DAY I GOT INTO AN ARGUMENT WITH MR. GIBSON ABOUT ME YELLING OVER THE GALLERY THAT LED TO ME CURSING OUT W. GIBSON, Lt. BOEL, & OTHER OFFICERS, & IN RETALIATION GIBSON & BOEL REQUESTED TO DR. MARQUEZ THAT I BE PLACED ON INVOLUNTARY & ENFORCED INJECTION SHOTS OF HADOL, ATIVAN, & BENADRYL. NO ONE NOTIFIED ME OF ANY THING PRIOR TO THE ENFORCED INJECTION. Lt. BOEL, NURSE MOFFITT & OTHER OFFICERS CAME TO MY DOOR & TOLD ME I HAVE TO TAKE A SHOT. I ASKED THEN WHY & THEY JUST SAID THE DOCTER ORDERED IT & WOULDN'T TELL ME FOR WHAT REASON WHY. I TOLD THEM I DID NOT WANT THE SHOT & BOEL & MOFFITT SAID I COULDN'T REFUSE IT. I ASKED NURSE MOFFITT WHAT WAS IN THE SHOT & SHE TOLD ME HALDOL, ATIVAN, & BENADRYL & I TOLD HER I WAS ALLERGIC TO HALDOL & Lt. BOEL SAID WHO CARES & TOLD ME TO CUFF UP. I CUFFED UP & OFFICERS CAME IN MY CELL

4

Literally Held Me Down While Nurse Moffitt gave me the shot. Shortly Afterwards I went to sleep. Sometime Afterwards I woke up In Exchuciating Pain with My jaws & Teeth Locking up & Alternating with My Tongue Sticking Straight out of My Mouth Painfully & Uncontrolably. My Tongue was Swelled up Effectively Blocking my Breathing passage Making It Extremely Painful & Difficult To Breathe. I could not Eat Though I tried To At times. My Every Attempt To get Help was Ignored by Both Officers & Nurses. I was given Three or two two or three Enforced shots & At some Point In time I was given a Shot of something that was suppose to Help But it did nothing. I was still In Pain with A Locked Jaw & My Tongue Moving on its own sticking out of MY Mouth. On 6-7-18 I was Given A Second Injection By Nurse Moffitt that made it worse & I was Gagging with My Tongue sticking Straight out of My Mouth Making It damn near Impossible To Breathe. I was Literally Fighting To Breathe For Hours & Crying & I would Have died From Choking on My Own Tongue If It wasn't For Nurse Practitioner Khristina Mershon who I was Able To stop At my Cell door & She Immediately saw what was Happening To Me & Stated "Oh My God, who Left you Like this?" I was trying My Best To say Help & She

5

UNDERSTOOD & TOLD ME SHE WAS GOING TO HELP ME. ABOUT AN HOUR OR SO LATER NURSE MOFFITT CAME & GAVE ME A SHOT THAT TOOK AFFECT ABOUT AN HOUR OR SO AFTER SHE GAVE IT TO ME & IT STOPPED THE INVOLUNTARY MUSCLE SPASMS & SWELLING OF MY TONGUE. GIBSON, BOEL, MARQUEZ, MOFFITT ALMOST TOOK MY LIFE & ATTEMPTED TO KILL ME OUT OF SPITE BECAUSE OF THE ARGUMENTS & DISRESPECT I SUBJECTED TO THEM. I WAS ON CRISIS WATCH WITH NO PROPERTY, NO CLOTHES, NO SHOES, & BEHIND A CELL DOOR WHERE I WAS A THREAT TO NO ONE. JAMES HAGLER FABRICATED MEDICAL DOCUMENTS IN AN EMERGENCY INVOLUNTARY ADMINISTRATION OF PSYCHOTROPIC MEDICATION MEDICAL DOCUMENT & FALSELY STATED HE MET WITH ME TO DISCUSS THE REASONS WHY THE ENFORCED SHOT WAS GIVEN TO ME & THAT I HAD AN OPPORTUNITY TO EXPRESS ANY CONCERNS I HAD REGARDING THE MEDICATION. NO ONE, NOT EVEN DR. MARQUEZ OR HAGLER, CAME TO DO THIS BEFORE THE SHOT WAS FORCED UPON ME AGAINST MY WILL. DR. MARQUEZ, NURSE MOFFITT, & LT. BOEL COMMITTED ASSAULT & BATTERY UPON ME BY FORCING ME TO CUFF UP, HOLDING ME DOWN, & INJECTING ME WITH HALDOL AFTER I TOLD THEM I WAS ALLERGIC TO IT & WAS DELIBERATELY INDIFFERENT TO INDIFFERENT TO MY HEALTH & SAFETY WHEN

VI.    Relief:

THEY IGNORED ME INFORMING THEM I WAS ALLERGIC TO HALDOL & GAVE IT TO ME ANYWAY AGAINST MY WILL. Lt. BOEL, W. GIBSON RETALIATED AGAINST ME FOR DISRESPECTING THEM & CURSING THEM OUT & LETTING THEM KNOW HOW I FELT ABOUT THEM & SOMEHOW CONVINCED DR. MARQUEZ TO ORDER A SHOT OF HALDOL TO GIVE TO ME THAT BOEL & OTHER OFFICERS & NURSE MOFFITT WERE QUICK TO ASSAULT & BATTER ME WITH. AT NO TIME DID DR. MARQUEZ COME TO ASSESS ME BEFORE OR AFTER THE SHOT EVEN THOUGH HE WAS IN GROUNDS PER EYE WITNESS SHAWN EAGAN & OTHERS IN VIOLATION OF THE MENTAL HEALTH PROTOCOL MANUAL. NO LEAST RESTRICTIVE MEANS OF DEALING WITH ME WAS ATTEMPTED IN VIOLATION OF THE MENTAL HEALTH PROTOCOL MANUAL & I WAS NO THREAT OF HARM TO MYSELF OR ANYONE ELSE. I DID NOT THREATEN ANY OFFICERS AT ALL CONTRARY TO DR. MARQUEZ FABRICATION OF MEDICAL DOCUMENTS SAYING THAT I DID. I HAD NO WAY TO HURT OR PHYSICALLY HARM MYSELF OR OFFICERS. INMATE DENNIS RUSH & SHAWN EAGAN BEARED WITNESS TO ME GOING THROUGH THE ORDEAL I WENT THROUGH ABOVE & BE IGNORED BY NURSE BHACEY, JAMES HAGLER, SUSAN RICK, Lt. BOEL, W. GIBSON, ANDREA MOFFITT, ETC. WHEN I TOLD THEM I COULDN'T BREATHE. NURSE R. BHACEY FABRICATED

5

MEDICAL DOCUMENTS WHEN SHE FALSELY DOCUMENTED THAT I could BREATHE WHEN I TOLD HER I could NOT BREATHE WHILE MY TONGUE WAS STICKING DIRECTLY OUT OF MY MOUTH & MY JAWS LOCKED & SHE WAS LOOKING DIRECTLY AT ME IN MY FACE WHILE I WAS chylling. MY TONGUE WAS SWELLED UP. I WAS TAKEN OFF OF CRISIS WATCH ON 5-8-18 & I IMMEDIATELY WROTE & FILED A GRIEVANCE TO THE ADMINISTRATIVE REVIEW BOARD (A.R.B.). SHORTLY AFTERWARDS I WAS SENT TO JOLIET TREATMENT CENTER IN JOLIET, Illinois From Dixon correctional CENTER, WHERE THE INCIDENT TOOK PLACE AT, ON 5-10-18. ONCE AT JOLIET TREATMENT CENTER, NOT LONG AFTER I ARRIVED I WROTE ANOTHER GRIEVANCE ABOUT THE INCIDENT & SENT IT DIRECTLY TO THE A.R.B. ON ALL GRIEVANCES IT SPECIFICALLY INSTRUCTS & DIRECTS ALL INMATES TO SEND GRIEVANCES INVOLVING INVOLUNTARY ADMINISTRATION OF Psychotropic MEDICATION DIRECTLY TO THE A.R.B. IN SPRINGFIELD. I WAITED SIX MONTHS & RECEIVED NO RESPONSE TO THE GRIEVANCE. NOT TOO LONG AGO I SENT A GRIEVANCE TO THE A.R.B. REQUESTING FOR A STATUS UP-DATE OF THE GRIEVANCES I SENT & HAVE YET TO RECEIVE A RESPONSE. EXHIBITS ATTACHED. I TOLD ALL THE DEFENDANTS I NEEDED A DOCTOR BUT I WAS IGNORED

VI.    Relief:

V.    Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Compensated $50,000 Punitive Damages & $25,000 Compensatory Damages For Actual Injury & For The Blatant Violations of My 1st, 5th, 8th & 14th Amendment Rights & For Medical Malpractice Under The United States & Illinois Constitutions & For Retaliation

VI.   The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _7th_ day of _Nov._, 20 _18_

_Michael Johnson_
(Signature of plaintiff or plaintiffs)

_Michael J Johnson_
(Print name)

_R63104_
(I.D. Number)

_2848 W. Mcdonough St., Joliet, Il._
_60436_
(Address)

6

Revised 9/2007